**Exhibit A to the Complaint**

**Location:** Cape May Court House, NJ  
**Total Works Infringed:** 24  
**IP Address:** 108.11.13.209  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 09-06-2021 04:37:06 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 2 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 05-26-2021 21:13:36 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 3 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash: B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 04-27-2021 16:13:46 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 4 | Info Hash: D96EA595522F63ADD33B6B3CE85F8FC0AE41B1C2<br>File Hash: EAFDBDE4FE4569DB61BB6DA689D6BCF4048536B068DB2E7F9436198EC61D0413 | 03-18-2021 11:19:11 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 5 | Info Hash: 15993034DF725B0F95C9E986F41206E43CE88572<br>File Hash: E72A5AD2FA19999DE3594E4E11E69AAE595C3F128A09DA5E97317E75BBA0CA28 | 03-11-2021 00:20:10 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 6 | Info Hash: 105499A6E2E07A3E47E5BC2C3EEA5E2698B9CF2C<br>File Hash: 2C9EED4B71C275590E98182B0965B6D28C98B7F76DFF73FCAC96E49AB3AD3824 | 02-08-2021 22:18:10 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 7 | Info Hash: C587D17B8A86B8CB3BEE43128ABC776A8B3964C4<br>File Hash: 567F8DCE851BC165130C2706FA18F29DC67C39320F4A78B3B1CB501967D7E030 | 01-06-2021 02:20:32 | Tushy | 01-03-2021 | 02-02-2021 | PA0002280504 |
| 8 | Info Hash: 75435DE79D0D6CA504ACA25DE6A5B206473F1C9B<br>File Hash: 520A918186BBA676A432F81A738D99DB763F86BE62B6E75F569B500176D9649B | 01-04-2021 23:20:42 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-03-2021 23:18:59 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 10 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 12-01-2020 21:43:16 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 11 | Info Hash: FD63F631AEAE1834A387A44E1A97894E6ABCECA3<br>File Hash: E71E29CB4D7FACDFEBA6D0210208469A5A9181A110CD708E19DBEE039F165DE4 | 11-29-2020 19:26:50 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 12 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 11-29-2020 19:22:26 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 13 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 10-25-2020 23:42:31 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 14 | Info Hash: 1A26A196358C2C12445BC8122570365DEE727A70<br>File Hash: A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 10-20-2020 22:37:48 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 15 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-14-2020 22:13:27 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 16 | Info Hash: 7BA08B86ABE669CD4B42FC7925A21AC4D714FD42<br>File Hash: 7194B11996C69952E49988C993A0C83B0512F42E2992D1EECF9BE2220DA20B67 | 10-12-2020 20:32:21 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 17 | Info Hash: ECD2CA0F3A6DF7EA0A2D4F861B45DCF93C8FC930<br>File Hash: FB280D4E4BD80003A52850DBAB2E75549DAF6C43FF93E3FB1D3110DEBCB4ACED | 10-02-2020 21:35:37 | Tushy | 02-20-2018 | 03-01-2018 | PA0002079187 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 92FCEC5F528AB1D27B01FBC0E4D1157C3AC17400<br>File Hash: C82F38BBF86C7553B2028C9457E35287A623F34DCCFD5A55E9C4679D4D7BD2B1 | 09-19-2020 01:33:56 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 19 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 09-09-2020 00:24:16 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 20 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 07-21-2020 22:00:12 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 21 | Info Hash: 040D75274B1433A85DAA28A231F3DF0ECD8772B0<br>File Hash: 427A539D1D29259BAAD6046743A3A58DB560002639403F17B3AFB748A29F38AC | 07-14-2020 22:25:46 | Vixen | 07-10-2020 | 07-20-2020 | PA0002248961 |
| 22 | Info Hash: 22FBA2D37F3FF8668834C09E9AD0CBE9434BBFBD<br>File Hash: 4935163A217198691CADDA55CB995370D889F5FCF8CE7C84586CBEA16863369F | 05-07-2020 15:28:48 | Vixen | 07-03-2019 | 08-02-2019 | PA0002192292 |
| 23 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 05-07-2020 15:28:42 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 24 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 04-15-2020 08:22:53 | Tushy | 04-12-2020 | 04-22-2020 | PA0002237697 |