AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS AND FIRST AMENDED COMPLAINT, CERTIFICATIONS, EXHIBIT A, CIVIL COVER SHEET, OPINION AND ORDER,** <br> **PETER CERRUTO** <br> **PROCESS SERVER** |
|---|---|
| | DATE: **3/26/2022 12:17:10 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant
_____

Place where served:
_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX: ___ AGE: ___ HEIGHT: ___ WEIGHT: ___ SKIN: ___ HAIR: ___ OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 03/26/2022    *PETER CERRUTO*    L.S.
   731EE42B65CD49F...

SIGNATURE OF PETER CERRUTO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | **Attempts** |
|---|---|
| ATTORNEY: JOHN C. ATKIN, ESQ. | 3/23/2022 6:33:51 PM |
| PLAINTIFF: STRIKE 3 HOLDINGS, LLC | 3/24/2022 7:12:31 AM |
| DEFENDANT: JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.11.13.209 | |
| VENUE: DISTRICT | |
| DOCKET: 1 21 CV 17860 NLH MJS | |
| COMMENT: | |